UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cr-00078-TWP-TAB ) |
| ANTHONY MUNOZ-RIVERA, | ) -01 ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 16, 2024, the Magistrate Judge submitted her Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 19). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: 8/19/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Electronic notice to USPO

Electronic notice to USM